Matter of Stora v Board of Elections in the City of N.Y. City (2023 NY Slip Op 04481)

Matter of Stora v Board of Elections in the City of N.Y. City

2023 NY Slip Op 04481

Decided on September 06, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 06, 2023

Before: Renwick, P.J., Moulton, Kennedy, Scarpulla, Higgitt, JJ.

Index No. 100650/23 Appeal No. 604 Case No. 2023-03906 

[*1]In the Matter of Skiboky Stora, Petitioner-Appellant,
v
Board of Elections in the City of New York City, Respondent-Respondent.

Skiboky Stora, appellant pro se.
Sylvia O. Hinds-Radix, Corporation Counsel, New York (Antonella Karlin of counsel), for respondent.

Judgment, Supreme Court, New York County (Lucy Billings, J.), entered August 3, 2023 , unanimously affirmed for the reasons stated by Lucy Billings, J., without costs or disbursements.
No opinion. Order filed.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 6, 2023